

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00567-CV

**IN RE** William **OZER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed: September 29, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 27, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and the real party in interest's response and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-18567, styled *William B. Ozer v. Todd Gold, et al.,* pending in the150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.